UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80101-CR-ZLOCH

UNITED STATES,

        Plaintiff,

vs.                                                  **O R D E R**

RUBY LEE THOMAS,

        Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Ruby Lee Thomas's Motion For Modification Or Reduction Of Sentence (DE 79). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines, and is thus ineligible for a reduction of her sentence.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Ruby Lee Thomas's Motion For Modification Or Reduction Of Sentence (DE 79) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2008.

                                                WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record